UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:13-00008 |
| | ) | JUDGE CAMPBELL |
| BIRDIE ANDERSON | ) | |

## ORDER

Pending before the Court is Defendant's Motion To Cancel Ms. Anderson's Status Conference (Docket No. 13), currently set for March 11, 2013. Through the Motion, the Defendant indicates that the parties have reached a settlement in this case, and that the Government agrees with the request to cancel the status conference.

The Motion is GRANTED. Accordingly, the status conference set for March 11, 2013 is CANCELLED.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE