UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00008 |
| | ) | JUDGE CAMPBELL |
| BIRDIE ANDERSON | ) | |

## ORDER

The sentencing hearing in this case scheduled for December 27, 2013, is RESCHEDULED for January 9, 2014, at 1:00 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE