UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:13-00008 |
| | ) | JUDGE CAMPBELL |
| BIRDIE ANDERSON | ) | |

ORDER

Pending before the Court is a Motion to Extend Bureau of Prisons Self-Report Date (Docket No. 54). The Government has filed a Response (Docket Nos. 55 and 56). The Motion is GRANTED as follows. Defendant Anderson's date to self-report to the Bureau of Prisons to serve her sentence is extended to July 1, 2014, to allow the medical study on June 4, 2014 to take place and for it to be fully considered. Nothing herein precludes further motions by either party, if warranted.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE